```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SUSAN CHANA LASK,<br><br>　　　　Plaintiff,<br>　　v.<br>LOUIS K. MELONI, et al.<br><br>　　　　Defendants. | Civ. No. 15-7606 (NLH/JS)<br><br>**ORDER** |

For the reasons expressed in the Opinion entered on this date,

　　IT IS on this 1st day of December, 2016,

　　ORDERED that the motion [Doc. No. 5] to dismiss filed by Defendants shall be, and the same hereby is, **GRANTED** as to the federal law claims; and it is further

　　ORDERED that Plaintiff's remaining state law claim shall be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE**.


　　　　　　　　　　　　　　　　　　___s/ Noel L. Hillman____
　　　　　　　　　　　　　　　　　　NOEL L. HILLMAN, U.S.D.J.
At Camden, New Jersey