# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-1008

Susan Lask v. Louis Meloni, et al

(Originating Court No. 1-15-cv-07606)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: July 6, 2017

cc:
Susan C. Lask Esq.
Benjamin H. Zieman Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.